

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2020

**BY EMAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Francisco Guzman-Cabrera*, S2 18 Cr. 868 (SHS)

Dear Judge Netburn:

    On January 9, 2019, the defendant Jose Francisco Guzman-Cabrera was charged in the above-referenced sealed indictment, and an arrest warrant was issued for the defendant. The defendant has now been arrested in the Dominican Republic and extradited to the United States, and was presented and arraigned before Magistrate Judge James A. Cott on September 2, 2020. The Government respectfully moves for the indictment to be unsealed so that it can be filed on the public docket.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: _____
    Thane Rehn
    Assistant United States Attorney
    (212) 637-2354

**SO ORDERED.**

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK