

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building One Saint Andrew's Plaza New York, New York 10007*

BY ECF
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jose Francisco Guzman-Cabrera*, S2 18 Cr. 868 (SHS)

Dear Judge Stein:

    The above-listed defendant was indicted on January 9, 2019. The defendant was arrested in the Dominican Republic on July 3, 2020, and was extradited to the United States, where he was presented and arraigned before Magistrate Judge James A. Cott on September 2, 2020. Counsel for the Government has conferred with Heriberto Cabrera, counsel for the defendant in this matter, and with the Court's deputy, regarding scheduling in this case. The parties are available for an initial conference in this matter on September 21, 2020. Accordingly, the parties jointly request that a conference be scheduled for that date.

    The parties have also discussed the production of discovery in this matter, which will be voluminous and will require the defense to provide the Government with a flash drive on which to load the discovery. The parties anticipate that they will make substantial progress on discovery and be in a position to inform the Court about a potential schedule for the case on September 21. To enable the parties to continue their discussions and facilitate the production of discovery, the parties respectfully submit that it is in the interests of justice to exclude time under 18 U.S.C. 3161(h)(7)(A) and (B), from today's date to and including September 21, 2020.

    Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

*Thane Rehn*

Thane Rehn
Assistant United States Attorney
(212) 637-2354

cc:    Heriberto Cabrera, Esq. (by email)

There will be a conference on September 21, 2020, at 11:00 a.m. Time is excluded from calculation under the Speedy Trial Act from today until September 21, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
       September 8, 2020

SO ORDERED

*Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.