Case 1:18-cr-00868-SHS   Document 55   Filed 11/12/20   Page 1 of 2



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2020

**BY EMAIL AND ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re: *United States v. Jose Francisco Guzman-Cabrera*, S2 18 Cr. 868 (SHS)

Dear Judge Stein:

The above-listed defendant was indicted on January 9, 2019. The defendant was arrested in the Dominican Republic on July 3, 2020, and was extradited to the United States, where he was arraigned before Magistrate Judge James A. Cott on September 2, 2020. *See* Dkt. No. 47. The Court held a status conference on September 21, 2020, and scheduled another status conference for November 18, 2020, at 3:00 p.m. Since that time, the Government has produced voluminous discovery, and the parties have engaged in discussions regarding the discovery and regarding a potential disposition of this matter. At this time, those discussions are ongoing. Defense counsel has advised the Government that the defendant would prefer to appear in person at the next court conference, and the parties understand that the Court may need additional time to arrange the conference in light of the ongoing COVID-19 pandemic. Accordingly, the parties jointly respectfully request that the status conference be adjourned to November 23, 2020, at 3:00 p.m. In light of the need for time for the Court to arrange the conference, and to enable the parties to continue their discussions regarding the discovery and a potential disposition, the parties jointly respectfully submit that it is in the interests of justice to exclude time under 18 U.S.C. 3161(h)(7)(A) and (B), from November 18, 2020, to November 23, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Thane Rehn
Assistant United States Attorney
(212) 637-2354

cc:   Heriberto Cabrera, Esq. (by email and ECF)

The conference is adjourned to November 23, 2020, at 3:00 p.m.  The time is excluded from calculation under the Speedy Trial Act from today until November 23, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
      November 12, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.