UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,        :        18-Cr-868 (SHS)

       -v-        :        <u>ORDER</u>

JOSE FRANCISCO GUZMAN-CABRERA,:

       Defendant.        :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for the defendant participating and waiving his client's appearance, and the government participating,

    IT IS HEREBY ORDERED that:

    1.    The trial is adjourned to July 12, 2021, at 9:30 a.m.;

    2.    The proposed jury charges, proposed *voir dire,* and any motions *in limine* are due on or before June 11, 2021;

    3.    Responses to any motions *in limine* are due by June 18, 2021; and

    4.    The time is excluded from calculation under the Speedy Trial Act from today until July 12, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      January 27, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1