UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-868 (SHS)

-v- : ORDER

JOSE FRANCISCO GUZMAN-CABRERA,:

        Defendant. :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the plea in this matter is scheduled for May 17, 2021, at 4:00 p.m. in Courtroom 23A.

Dated: New York, New York
       May 14, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.