UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FRANCISCO GUZMAN-CABRERA,

                    Movant,                              22-CV-10662 (SHS)

           -against-                                     18-CR-00868 (SHS)

UNITED STATES OF AMERICA,                        ORDER TO ANSWER, 28 U.S.C. § 2255

                    Respondent.

SIDNEY H. STEIN, United States District Judge:

        The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not

be summarily denied as being without merit, hereby ORDERS that:

        The Clerk of Court shall electronically notify the Criminal Division of the U.S.

Attorney's Office for the Southern District of New York that this order has been issued.

        Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or

other pleading in response to the motion. Movant shall have 30 days from the date on which

Movant is served with Respondent's answer to file a response. Absent further order, the motion

will be considered fully submitted as of that date.

        All further papers filed or submitted for filing must include the criminal docket number

and will be docketed in the criminal case.

SO ORDERED.

Dated:    December 20, 2022
          New York, New York

                                                        _____
                                                        SIDNEY H. STEIN
                                                        United States District Judge